# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | |
|---|---|
| **MELVIN CHAPPELL, JR. AND CHARLENE D. GRACE-CHAPPELL,** : | **CHAPTER 13** |
| Debtor. : | **BANKRUPTCY NO. 24-12547-amc** |
| **MELVIN CHAPPELL, JR. AND CHARLENE D. GRACE-CHAPPELL,** : | |
| Plaintiffs, : | |
| v. : | **ADV. PROC. NO. 24-00099-amc** |
| **PHILADELPHIA PARKING AUTHORITY,** *et al.*, : | |
| Defendant. : | |

## PRAECIPE TO RE-ISSUE SUMMONS

To The Clerk, U.S. Bankruptcy Court:

The Plaintiffs, by and through counsel, respectfully requests that the summons in the above-referenced case be re-issued.

Respectfully submitted,
REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

_____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA 19083
(610) 446-6800

Attorney for Plaintiffs